IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:18CR3143** |
| vs. | |
| FREDERICK ALAN VOIGHT, | **ORDER** |
| Defendant. | |

Upon consideration of counsel's arguments, (Filing No. 14),

IT IS ORDERED:

1)    Defense counsel, their firms, and their associates shall not contact, either directly or indirectly, any victim/investor/noteholder in this case regarding any note exchange or repayment plan. This includes, but is not limited to, any contact with victims/investors/noteholders of any company listed in the Indictment, Allied Technology Solutions LLC, InveriTech Solutions, Inc., and Proactive Software Systems, Inc.

2)    Defense counsel are not restricted from conferring with victims/witnesses regarding the allegations in the indictment, and they may refer victims/investors/noteholders to a neutral outside attorney/advisor for discussions regarding any note exchange or a repayment plan.

November 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge