IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FREDERICK ALAN VOIGHT,<br><br>　　　　　　　Defendant. | 4:18CR3143<br><br>**ORDER** |

Defendant's retained counsel, Karen L. Cook, has filed an unopposed motion to withdraw as counsel. ([Filing No. 40](#)).

IT IS ORDERED:

1) Counsel's motion to withdraw, ([Filing No. 40](#)), is granted. Karen L. Cook is hereby withdrawn as counsel, and she shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Karen L. Cook from any future ECF notifications herein.

Dated this 12th day of March, 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge