IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3143 |
| vs. | |
| FREDERICK ALAN VOIGHT, | ORDER |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's oral and unopposed motion for modification of pretrial release conditions is granted.

2) From now until May 6, 2019, Defendant is permitted to travel as needed to meet with, interview, and potentially retain new counsel.

3) Prior to travelling for such meetings, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

April 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge