IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK ALAN VOIGHT,

    Defendant.

4:18CR3143

ORDER

In accordance with the court's prior order, (Filing No. 42),

IT IS ORDERED:

1) Attorneys John S. Berry, Jr. and Andrew D. Strotman are withdrawn as counsel for Defendant.

2) Defendant's newly retained counsel, Michael P. Meckna and Glenn A. Shapiro, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete John S. Berry, Jr. and Andrew D. Strotman from any future ECF notifications herein.

4) The clerk shall email a copy of this order to John S. Berry, Jr. and Andrew D. Strotman.

May 8, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge