IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK ALAN VOIGHT,<br><br>Defendant. | 4:18CR3143<br><br>**ORDER** |

During today's conference with counsel, (Filing No. 71, audio file), Defendant requested an additional 60 days to file any pretrial motions because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before October 29, 2019.

3) A telephonic conference with the undersigned magistrate judge will be held on **October 30, 2019 at 9:00 a.m.** to discuss either the hearing date on any pretrial motions filed, or if no such motions are filed, the trial date. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 17), to participate in the call.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 30, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's

local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

August 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge