IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDERICK ALAN VOIGHT,<br><br>        Defendant. | 4:18CR3143<br><br>**ORDER** |

After conferring with counsel, the defendant, and pretrial services, (Filing No. 71, audio file),

IT IS ORDERED that Defendant's motion to modify conditions of release, (Filing No. 68), is granted as follows:

1) Defendant is permitted to commence employment as the Managing Director for International Housing Concept, LLC, a Nevada Limited Liability Corporation located at 9875 Scottish Glen Court, Las Vegas, Nevada.

2) Whether for work or otherwise, Defendant must obtain prior approval from pretrial services to travel outside the State of Texas. Each such request must include a description of the purpose of the travel, along with a travel itinerary (dates of travel, lodging accommodations, mode of transportation, and the means to contact the defendant during the trip).

3) On a monthly basis, pretrial services shall review Defendant's travel. If such travel exceeds more than two trips and/or more than 5 days of travel time in any month, pretrial services shall promptly contact the undersigned magistrate judge.

August 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge