IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3143 |
| vs. | |
| FREDERICK ALAN VOIGHT, | ORDER |
| Defendant. | |

The undersigned magistrate judge entered a memorandum and order on December 18, 2019 denying Defendant's pretrial motions. (Filing No. 86). Defendant did not appeal that order and the deadline for doing so has passed. The case must now be set for trial.

Counsel for the government and for the defendant have conferred and they agree that the case remains unusual and complex and a trial setting within the limits of the Speedy Trial Act will not afford them sufficient time to adequately prepare this case for trial. They request an August 2020 trial setting. Based on the parties' representations, the court finds the parties' joint oral motion should be granted. Accordingly,

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 17, 2020, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. Jury selection will be held at commencement of trial.

2) The ends of justice served by granting the parties' motion outweigh the interests of the public and the defendant in a speedy trial, and

the time between December 18, 2019 and August 17, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(6) & (h)(7)(B)(ii).

Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 8th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge