IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FREDERICK ALAN VOIGHT,<br><br>     Defendant. | **4:18CR3143**<br><br>**ORDER** |

Based on the representations of counsel,

IT IS ORDERED:

1) Defendant's oral motion to set a pretrial motion deadline in 60 days is granted. Pretrial motions shall be filed on or before **February 12, 2021.**

2) A status conference will be held before the undersigned magistrate judge at **10:45 a.m. on February 18, 2021** by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 17), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

3) The Court further finds that the time between today's date and February 18, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

December 9, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge