IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:18CR3143 |
| | ) | |
| Plaintiff, | ) | **STIPULATED PROTECTIVE ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| FREDERICK ALAN VOIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** the Plaintiff, United States of America, and Defendant, Frederick Alan Voight, by and through counsel, and stipulate and agree to the following Order:

Counsel for Defendant may provide Defendant all documents produced by the Plaintiff under Rule 16 of the Federal Rules of Criminal Procedure. The Defendant agrees that he shall not make or provide copies of said documents to any person or entity, including but not limited to attorneys other than counsel for the Defendant in the above captioned case. Further, the Defendant is forbidden from using the documents produced for any purpose, including but not limited to, any civil, criminal, administrative, or regulatory proceeding or matter, other than for the defense of the charges set forth in the above captioned matter.

**IT IS SO ORDERED.**

January 11, 2021.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge

Approved as to form by:

_____
Steven A. Russell #16925
United States Attorney's Office
6443 Rainier Drive
Lincoln, NE 68510
(402) 437-5241
steve.russell@usdoj.gov

Prepared & Submitted by:

_____
Glenn A. Shapiro #19126
SCHAEFER SHAPIRO, LLP
1001 Farnam Street, 3rd Floor
Omaha, NE 68102
(402) 341-0700
Attorney for Defendant