IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3143 |
| vs. | ORDER |
| FREDERICK ALAN VOIGHT, | |
| Defendant. | |

    This matter is before the Court on the defendant's objection (filing 126) to the Magistrate Judge's Findings, Recommendation, and Order (filing 124) recommending that the defendant's motion to dismiss (filing 111) be denied except as to Count VI, and the defendant's objection (filing 123) to the Magistrate Judge's Order (filing 122) denying his motion to compel disclosure.

    The Court has conducted a de novo review of the motion to dismiss pursuant to 28 U.S.C. § 636(b)(1). *See United States v. Raddatz,* 100 S. Ct. 2406, 2411 (1980). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. The Court has also reviewed the Magistrate Judge's ruling on the defendant's motion to compel, and finds that it is neither clearly erroneous nor contrary to law. *See* § 636(b)(1)(A); *Gomez v. United States,* 109 S. Ct. 2237, 2246 (1989). Accordingly,

    IT IS ORDERED:

    1.    Magistrate Judge's Findings, Recommendation, and Order (filing 124) are adopted.

- 2 -

2. The defendant's motion to dismiss (filing 111) is granted in part and in part denied.

3. Count VI of the operative Superseding Indictment (filing 91) is dismissed.

4. The defendant's objections (filing 123 and filing 126) are overruled.

Dated this 10th day of August, 2021.

BY THE COURT:

_____
John M. Gerrard
United States District Judge