IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3143 |
| vs. | ORDER |
| FREDERICK ALAN VOIGHT, | |
| Defendant. | |

The trial has been continued to September 16, 2022, and Defendant's newly retained counsel assure the court that they will be ready and able to represent the defendant at trial on that date. Accordingly,

IT IS ORDERED:

1) The motion of Glenn A. Shapiro and Michael P. Meckna to withdraw as counsel of record for Defendant, (Filing No. 199), is granted.

2) The clerk shall delete Glenn A. Shapiro and Michael P. Meckna from any future ECF notifications herein.

Dated this 22nd day of June, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge